PAUL M. WARNER, United States Attorney (#3389)
MICHELE M. CHRISTIANSEN, Assistant United States Attorney (#7259)
michele.christiansen@usdoj.gov
Attorneys for the United States of America
185 South State Street, #400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6924

FILED
CLERK, U.S. DISTRICT COURT
02 APR 02 PM 3:57
DISTRICT OF UTAH
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | **2:02 CR 0205 ST** |
|---|---|---|
| Plaintiff, | : | |
| | : | I N D I C T M E N T |
| vs. | : | VIOS. 18 U.S.C. § 922(g)(1), POSSESSION OF FIREARM BY A CONVICTED FELON; 18 U.S.C. § 922(j), POSSESSION OF STOLEN FIREARM; 18 U.S.C. § 922(o), POSSESSION OF MACHINE GUN |
| DYLAN HENRY RITTER, | : | |
| Defendant. | : | |

The Grand Jury Charges:

COUNT I
(18 U.S.C. § 922(g)(1))

On or about December 29, 2001, and December 30, 2001, in the Central Division of the District of Utah,

DYLAN HENRY RITTER

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly possess



in and affecting interstate commerce a firearm, to wit: a Heckler and Koch Model G36 E2 5.56mm X 45 machine gun; all in violation of 18 U.S.C. § 922(g)(1).

COUNT II
(18 U.S.C. § 922(o))

On or about December 29, 2001, and December 30, 2001, in the Central Division of the District of Utah,

DYLAN HENRY RITTER

the defendant herein, did knowingly possess a machine gun, to wit: a Heckler and Koch Model G36 E2 5.56mm X 45 machine gun; all in violation of 18 U.S.C. § 922(o).

COUNT III
(18 U.S.C. § 922(j))

On or about December 29, 2001, and on December 30, 2001, in the Central Division of the District of Utah,

DYLAN HENRY RITTER

the defendant herein, did knowingly possess, conceal, store, barter, sell and dispose of a stolen firearm, which had been shipped or transported in interstate commerce, to wit: a Heckler and Koch Model G36 E2 5.56mm X 45 machine gun; all in violation of 18 U.S.C. § 922(j).

COUNT IV
(18 U.S.C. § 922(g)(1))

On or about March 28, 2002, in the Central Division of the District of Utah,

DYLAN HENRY RITTER

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one (1) year, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Ruger model P-85, 9mm pistol; all in violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

PAUL M. WARNER
UNITED STATES ATTORNEY

_____
MICHELE M. CHRISTIANSEN
Assistant United States Attorney